UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| ANNA RHODES | ) | |
| --- | --- | --- |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | Case No: 5:25-CV-205-FL |
| | ) | |
| NAVY FEDERAL CREDIT UNION | ) | |
|     Defendant | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 13, 2025, and for the reasons set forth more specifically therein, it is ordered that defendant's motion to dismiss is GRANTED. Plaintiffs' complaint is DISMISSED for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on August 13, 2025, and Copies To:**
Anna Rhodes (via CM/ECF Notice of Electronic Notification)
Ellen T. Matthews / Mason Philip Veal (via CM/ECF Notice of Electronic Notification)

August 13, 2025                PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk